UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND EVANS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>T. CISNEROS, et al.,<br><br>　　　　Defendants. | No. 1:22-cv-01238-ADA-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF No. 14) |

Plaintiff Cleveland Evans is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was assigned to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 29, 2023, the Magistrate Judge screened Plaintiff's first amended complaint and issued findings and recommendations, recommending that the Court proceed on Plaintiff's First Amendment claims against Defendants John Doe, Moua, Barraza, and L. Ruiz, and a RLUIPA claim against Defendants John Doe and A. Rodriguez. (ECF No. 14.) The Magistrate Judge further recommended that the Court dismiss all other claims and defendants due to Plaintiff's failure to state cognizable claims. (*Id.*) Plaintiff filed objections to the findings and recommendations on May 8, 2023. (ECF No. 18.)

1

Plaintiff's objections specifically address the Magistrate Judge's recommendations regarding Defendants Gomez and Jane Doe. The Magistrate Judge found that Plaintiff had alleged conduct on behalf of those Defendants that amounted to a "single incident" of failing to serve Plaintiff Halal food. (ECF No. 14 at 9–10.) Plaintiff, however, argues that the Court should not dismiss claims against Defendants Gomez and Jane Doe because their actions "perpetuate[d] a culture of indifference prior to this specific incident and after the date(s) in question." (ECF No. 18 at 2.) Moreover, Plaintiff argues, these Defendants had knowledge of their constitutional obligations as well as Plaintiff's dietary requirements but "continuously failed" to provide Plaintiff with Halal food. (*Id.*) These conclusory allegations fail to provide any additional facts supporting the assertion that Defendants Gomez and Jane Doe deprived Plaintiff of Halal food on more than one occasion. Plaintiff has not, therefore, provided the Court any reason to disagree with the Magistrate Judge's analysis.

As to Plaintiff's concerns regarding the identification of any Doe defendants, Plaintiff will have further opportunities to discover and provide any necessary identifying information at a future date. (*See* ECF No. 18 at 3.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on March 29, 2023, (ECF No. 14), are adopted in full;
2. This action shall proceed on Plaintiff's first amended complaint, filed March 6, 2023, (ECF No. 13), on First Amendment free exercise claims against Defendants John Doe, Moua, Barraza, and L. Ruiz, and RLUIPA claims against Defendants John Doe and A. Rodriguez;
3. All other claims and defendants are dismissed from this action due to Plaintiff's failure to state cognizable claims; and

4. This action is referred back to the Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: <u>October 25, 2023</u>

<u>                                        </u>
UNITED STATES DISTRICT JUDGE

3