# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND EVANS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CISNEROS, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:22-cv-01238-ADA-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE IDENTITY OF DEFENDANT JOHN DOE<br>(ECF No. 24)<br><br>ORDER DIRECTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT IDENTIFYING DEFENDANT JOHN DOE<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Cleveland Evans ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint on First Amendment claims against Defendants John Doe, Moua, Barraza, and L. Ruiz and a RLUIPA claim against Defendants John Doe and A. Rodriguez. (ECF No. 14.)

On October 27, 2023, the Court found service of the complaint appropriate and directed Plaintiff to provide the Court with written notice identifying Defendant John Doe with enough information to locate the defendant for service of process. (ECF Nos. 20, 21.) Plaintiff was directed to provide written notice identifying John Doe. (ECF No. 20.)

Currently before the Court is Plaintiff's motion to substitute the identity of Defendant John Doe. (ECF No. 24.) Plaintiff states that he believes Defendant John Doe is Denise

1

O'Donaughy, Food Manager and/or Acting Food Manager at the California Substance Abuse Treatment Facility.  (*Id.*)

Plaintiff's motion to identify Defendant John Doe as Denise O'Donaughy is granted. Plaintiff is directed to file a second amended complaint substituting the name of Denise O'Donaughy for any references to Defendant John Doe.  To assist Plaintiff, the Court will direct the Clerk of the Court to send Plaintiff a copy of the first amended complaint in this action. <u>Plaintiff is not required to change any other allegations in the first amended complaint besides the name of Denise O'Donaughy</u>.

Once the Court has received a second amended complaint that substitutes Denise O'Donaughy for Defendant John Doe, the Court will order service of the amended complaint on Denise O'Donaughy.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to substitute the identity of Defendant John Doe, (ECF No. 24), is GRANTED;

2. The Clerk of the Court is directed to send Plaintiff a courtesy copy of the first amended complaint, (ECF No. 13);

3. Within **thirty (30) days** from the date of service of this order, Plaintiff is directed to file a second amended complaint substituting the name of Denise O'Donaughy for any references to Defendant John Doe; and

4. **Plaintiff's failure to comply with this order will result in dismissal of Defendant John Doe from this action, without prejudice, for failure to serve with process pursuant to Federal Rule of Civil Procedure 4(m).**

IT IS SO ORDERED.

Dated:   **November 17, 2023**           /s/ *Barbara A. McAuliffe*           
                                             UNITED STATES MAGISTRATE JUDGE