# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND EVANS,<br><br>        Plaintiff,<br><br>    v.<br><br>CISNEROS, *et al.*,<br><br>        Defendants. | Case No.  1:22-cv-01238-NODJ-BAM (PC)<br><br>ORDER REGARDING OPERATIVE COMPLAINT<br>(ECF No. 28)<br><br>ORDER TO SUBSTITUTE DEFENDANT DENISE O'DONAUGHY FOR DEFENDANT JOHN DOE<br><br>ORDER REGARDING DEADLINE TO FILE RESPONSIVE PLEADING<br><br>**Responsive Pleading Due: January 2, 2024** |

Plaintiff Cleveland Evans ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  This action proceeds on Plaintiff's First Amendment claims against Defendants O'Donaughy[1], Moua, Barraza, and L. Ruiz and a RLUIPA claim against Defendants O'Donaughy and A. Rodriguez.

On November 17, 2023, the Court granted Plaintiff's motion to identify Defendant John Doe as Denise O'Donaughy and directed Plaintiff to submit a second amended complaint substituting the name of Denise O'Donaughy for any references to Defendant John Doe.  (ECF No. 25.)  Plaintiff filed a second amended complaint on December 11, 2023.  (ECF No. 28.)

In the second amended complaint, Plaintiff has substituted the name of Denise O'Donaughy for any references to Defendant John Doe, and the allegations therein are otherwise identical to those raised in the first amended complaint.  (*Compare* ECF No. 28 *with* ECF No. 13.)  As such, the Court finds that screening of the second amended complaint is unnecessary.  By instant order, the Court confirms that the second amended complaint is now the operative

---

[1] Formerly Defendant John Doe.

1

complaint in this action.  To the extent the second amended complaint includes claims or defendants that were previously dismissed, (ECF No. 19), the Court clarifies that this action proceeds only on Plaintiff's second amended complaint on First Amendment claims against Defendants O'Donaughy, Moua, Barraza, and L. Ruiz, and a RLUIPA claim against Defendants O'Donaughy and A. Rodriguez.

Furthermore, as Defendants Moua, Barraza, L. Ruiz, and A. Rodriguez have already been served with the first amended complaint and filed executed waivers of service, their answers or motions under Rule 12 are currently due on or before December 29, 2023.  (ECF Nos. 21, 23, 26.)  Pursuant to Federal Rule of Civil Procedure 15(a)(3), the Court finds that Defendants' responses to the second amended complaint shall now be due on or before January 2, 2024.

The Court will direct service of the second amended complaint on Defendant O'Donaughy by separate order.

Accordingly, IT IS HEREBY ORDERED that:

1. The second amended complaint filed December 11, 2023, (ECF No. 28), is the operative complaint in this action;
2. The Clerk of the Court shall substitute Defendant Denise O'Donaughy for Defendant John Doe;
3. This action proceeds only on Plaintiff's second amended complaint on First Amendment claims against Defendants O'Donaughy, Moua, Barraza, and L. Ruiz, and a RLUIPA claim against Defendants O'Donaughy and A. Rodriguez; and
4. Defendants Moua, Barraza, L. Ruiz, and A. Rodriguez shall file and serve a response to the second amended complaint on or before **January 2, 2024**.

IT IS SO ORDERED.

Dated:  **December 15, 2023**         /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE