# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND EVANS,<br><br>    Plaintiff,<br><br>  v.<br><br>CISNEROS, *et al.*,<br><br>    Defendants. | Case No. 1:22-cv-01238-NODJ-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT<br><br>(ECF No. 33)<br><br>**Response to Second Amended Complaint Due: February 13, 2024** |

  Plaintiff Cleveland Evans ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  This action proceeds on Plaintiff's second amended complaint on First Amendment claims against Defendants O'Donaughy, Moua, Barraza, and L. Ruiz, and a RLUIPA claim against Defendants O'Donaughy and A. Rodriguez.

  Pursuant to the Court's December 15, 2023 order finding the second amended complaint to be the operative complaint and substituting Defendant Denise O'Donaughy for Defendant John Doe, Defendants Moua, Barraza, L. Ruiz, and A. Rodriguez' answers or other responsive pleadings are due on or before January 2, 2024.  (*See* ECF No. 29.)

  Currently before the Court is the *ex parte* application of Defendants Rodriguez, L. Ruiz-Montalvo (sued as L. Ruiz), F. Barraza-Hernandez (sued as F. Barraza) and R. Moua (collectively "Defendants") for an extension of time to respond to the operative second amended complaint.

(ECF No. 33.)  Plaintiff has not had the opportunity to respond to the request, but the Court finds a response unnecessary.  The *ex parte* application is deemed submitted.  Local Rule 230(l).

In support of the application, counsel for Defendants declares that key documents have been requested that will enable counsel to determine the appropriate response to the operative complaint.  (ECF No. 34.)  Counsel has not received the requested documents, and there has been a delay in obtaining the documents due to the holiday season and a backlog of requests in various departments.  Additionally, counsel anticipates representing Defendant O'Donaughy in this action and believes it would be most efficient to have all Defendants answer or file a responsive pleading at the same time.  Counsel indicates that Defendant O'Donaughy's responsive pleading is not due until February 13, 2024.[1]  (*Id.*)  Counsel therefore requests an extension to February 13, 2024, for Defendants to file an answer or other responsive pleading.  (Doc. 33.)

The Court, having considered the request, finds good cause to grant the requested extension of time.  Fed. R. Civ. P. 6(b).  The Court further finds that Plaintiff will not be prejudiced by the brief extension requested here.

Accordingly, it is HEREBY ORDERED as follows:

1. Defendants' *ex parte* application for extension of time to respond to second amended complaint, (ECF No. 33), is GRANTED; and
2. Defendants shall file and serve a response to the second amended complaint on or before **February 13, 2024**.

IT IS SO ORDERED.

Dated:   **December 29, 2023**        /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] This deadline differs from the Court's calculation of the deadline for filing an answer or other responsive pleading. By the Court's calculation, Defendant O'Donaughy's answer or other responsive pleading is due February 16, 2024. (*See* ECF No. 30.)