# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND EVANS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CISNEROS, *et al.*,<br><br>　　　　Defendants. | Case No. 1:22-cv-01238-NODJ-BAM (PC)<br><br>ORDER VACATING APRIL 5, 2024, HEARING ON DEFENDANTS' AMENDED MOTION TO DISMISS<br>(ECF No. 40)<br><br>ORDER TERMINATING DEFENDANTS' MOTION TO DISMISS<br>(ECF No. 39)<br><br>ORDER RESETTING DEADLINE FOR PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANT'S AMENDED MOTION TO DISMISS<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Cleveland Evans ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint on First Amendment claims against Defendants O'Donaughy, Moua, Barraza, and L Ruiz, and a RLUIPA claim against Defendants O'Donaughy and A. Rodriguez.

On February 13, 2024, Defendants filed a motion to dismiss portions of Plaintiff's second amended complaint. (ECF No. 39.) On March 5, 2024, prior to the filing of Plaintiff's opposition, Defendants filed an amended motion to dismiss portions of Plaintiff's second amended complaint. (ECF No. 40.) The amended motion to dismiss set the motion for hearing

1

before the undersigned on April 5, 2024, at 9:00 a.m.  (*Id.*)

The parties are advised that "all motions, except motions to dismiss for lack of prosecution, filed in actions wherein one party is incarcerated and proceeding *in propia persona*, shall be submitted upon the record without oral argument unless otherwise ordered by the Court. Such motions need not be noticed on the motion calendar."  Local Rule 230(l).  As it appears Plaintiff remains in custody, the hearing on Defendants' motion to dismiss shall be vacated.  The Court further notes that it is the Court's general practice to continue to apply Local Rule 230(l) and certain other local rules concerning actions in which one party is incarcerated and proceeding *in propia persona*, even when the *pro se* plaintiff is no longer incarcerated.

Furthermore, in light of the amended filing, which contains other changes to the substance of the motion, the Court finds it appropriate to terminate the original motion to dismiss and reset the deadline for Plaintiff to file an opposition to the amended motion to dismiss.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The motion hearing set for April 5, 2024, before the undersigned, is VACATED;
2. Defendants' February 13, 2024 motion to dismiss, (ECF No. 39), is TERMINATED; and
3. Plaintiff's opposition or statement of non-opposition to Defendants' March 5, 2024 amended motion to dismiss, (ECF No. 40), shall be filed within **twenty-one (21) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:  __**March 6, 2024**__          /s/ *Barbara A. McAuliffe*  _
                                        UNITED STATES MAGISTRATE JUDGE

2