1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND EVANS, | Case No. 1:22-cv-01238-KES-BAM (PC) |
| Plaintiffs, | ORDER STAYING BRIEFING ON DEFENDANTS' MOTION TO REVOKE *IN FORMA PAUPERIS* STATUS |
| v. | (ECF No. 45) |
| CISNEROS, *et al.*, | ORDER FOR PLAINTIFF TO SUBMIT **NON-PRISONER** APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| Defendants. | |
| | **THIRTY (30) DAY DEADLINE** |
| | ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF **NON-PRISONER** APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff Cleveland Evans ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint on First Amendment claims against Defendants O'Donaughy, R. Moua, F. Barraza Hernandez, and L. Ruiz-Montalvo, and on RLUIPA claims against Defendants O'Donaughy and A. Rodriguez.

On January 31, 2025, all Defendants, with the exception of Defendant O'Donaughy, filed a motion to revoke Plaintiff's *in forma pauperis* status on the ground that Plaintiff has been released from custody since initiating this action. (ECF No. 45.) Plaintiff has not yet had the

1    opportunity to file a response.

2            In the motion, Defendants argue that Plaintiff is currently proceeding *in forma pauperis*

3    under 28 U.S.C. § 1915(b)(1)'s prisoner provision, and now that he is no longer incarcerated, he

4    must file an updated affidavit to proceed IFP as a non-prisoner under the general provisions of 28

5    U.S.C. § 1915(a)(1) or pay the filing fee.  (ECF No. 45.)

6            Upon review of the filing, the Court finds it appropriate to stay briefing on the motion to

7    revoke Plaintiff's *in forma pauperis* status and for Plaintiff to file a non-prisoner application to

8    proceed *in forma pauperis*.  Upon receipt and review of the application, the Court will reset the

9    deadline for Plaintiff to file a response to Defendants' motion to revoke, as necessary and

10   appropriate.

11           Accordingly, IT IS HEREBY ORDERED that:

12   1.  Briefing on Defendants' motion to revoke Plaintiff's *in forma pauperis* status, (ECF No.

13       45), is STAYED;

14   2.  The Clerk of the Court is directed to send to Plaintiff an application to proceed *in forma*

15       *pauperis* for a **non-prisoner**;

16   3.  Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the

17       attached application to proceed *in forma pauperis*, completed and signed;

18   4.  **No requests for extension will be granted without a showing of good cause; and**

19   5.  **Failure to comply with this order will result in dismissal of this action, without**

20       **prejudice, for failure to prosecute and failure to comply with a court order.**

21

22   IT IS SO ORDERED.

23       Dated:   **February 4, 2025**        ___/s/ *Barbara A. McAuliffe*___

24                                        UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                                    2