# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND EVANS,<br><br>                Plaintiff,<br><br>    v.<br><br>CISNEROS, *et al.*,<br><br>                Defendants. | Case No.  1:22-cv-01238-KES-BAM (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br>(ECF No. 48)<br><br>ORDER DIRECTING DEFENDANTS TO FILE NOTICE OF WITHDRAWAL OR SUPPLEMENT TO MOTION TO REVOKE *IN FORMA PAUPERIS* STATUS<br>(ECF No. 45)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

      Plaintiff Cleveland Evans ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's second amended complaint on First Amendment claims against Defendants O'Donaughy, R. Moua, F. Barraza Hernandez, and L. Ruiz-Montalvo, and on RLUIPA claims against Defendants O'Donaughy and A. Rodriguez.

      On January 31, 2025, all Defendants, with the exception of Defendant O'Donaughy, filed a motion to revoke Plaintiff's *in forma pauperis* status on the ground that Plaintiff has been released from custody since initiating this action.  (ECF No. 45.)  Defendants argued that Plaintiff is currently proceeding *in forma pauperis* under 28 U.S.C. § 1915(b)(1)'s prisoner provision, and now that he is no longer incarcerated, he must file an updated affidavit to proceed IFP as a non-

prisoner under the general provisions of 28 U.S.C. § 1915(a)(1) or pay the filing fee. (*Id.*)

The Court stayed briefing on Defendants' motion and directed Plaintiff to file an application to proceed *in forma pauperis* for a non-prisoner within thirty (30) days of service of the order. (ECF No. 46.) Following Plaintiff's notice of change of address, the Court's order was re-served on Plaintiff on February 13, 2025. (ECF No. 47.)

Plaintiff did not respond to the Court's order or otherwise communicate with the Court. Accordingly, on April 1, 2025, the Court issued findings and recommendations to dismiss this action, without prejudice, for failure to obey a Court order and for Plaintiff's failure to prosecute this action. (ECF No. 48.) Plaintiff was directed to file any objections to the findings and recommendations within fourteen (14) days. (*Id.*)

Currently before the Court are Plaintiff's objections to the findings and recommendations, filed April 14, 2025. (ECF No. 49.) Plaintiff states that he did not receive the Court's February 13, 2025 order, and if he had received that order he would have responded as ordered by the Court. Plaintiff further contends that Defendants' motion to revoke his *in forma pauperis* status is based on incomplete evidence. Specifically, Defendants' motion is based on an assumption that the filing fee for this action has not been fully paid, but have presented no evidence to prove this fact. Meanwhile, Plaintiff contends that the filing fee has been paid in full, and he has made a formal request to his parole agent for records of his inmate trust statement to establish that the court filing fees have been paid in full and Defendants' motion is therefore moot.

Having considered Plaintiff's objections, the Court finds it appropriate to vacate the pending findings and recommendations. It appears Plaintiff did not receive the Court's order directing him to file an *in forma pauperis* application for a non-prisoner, despite providing the Court with his updated mailing address.

The Court further notes that it is not necessary for Plaintiff to obtain a copy of his inmate trust account statement or any other evidence to demonstrate that he has paid the filing fee for this action. Attached to this order is a receipt from the Court's Financial Department, titled "Case Inquiry Report." The first page reflects a total owed of $350.00, total collected of $350.00, and total outstanding of $0.00 for the filing fee in this action as of April 14, 2025.

1  In light of this information, the Court further finds it appropriate to direct Defendants to either file a notice of withdrawal of the pending motion to revoke Plaintiff's *in forma pauperis* status or a supplemental brief addressing Plaintiff's argument that Defendants' motion is moot given that he has fully paid the filing fee in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on April 1, 2025, (ECF No. 48), are VACATED;
2. The Clerk of the Court shall serve a copy of the Case Inquiry Report dated April 14, 2025 with this order; and
3. Within **twenty-one (21) days** from the date of service of this order, Defendants shall file **either**:
   a. A notice of withdrawal of Defendants' motion to revoke Plaintiff's *in forma pauperis* status, (ECF No. 45); **or**
   b. A supplemental brief addressing Plaintiff's argument that Defendants' motion to revoke Plaintiff's *in forma pauperis* status is now moot; and
4. Any further briefing on Defendants' motion to revoke Plaintiff's *in forma pauperis* status, except as discussed above, remains stayed.

IT IS SO ORDERED.

Dated:   **April 23, 2025**                    /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE

3