# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND EVANS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CISNEROS, *et al.*,<br><br>　　　　Defendants. | No. 1:22-cv-01238-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANTS' AMENDED MOTION TO DSIMISS PORTIONS OF PLAINTIFF'S SECOND AMENDED COMPLAINT<br><br>Docs. 40, 53 |

　　　　Plaintiff Cleveland Evans is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on plaintiff's second amended complaint on First Amendment claims against defendants D. O'Donaughy, R. Moua, F. Barraza Hernandez, and L. Ruiz-Montalvo and on Religious Land Use and Institutionalized Personas Act ("RLUIPA") claims against defendants D. O'Donaughy and A. Rodriguez. Docs. 28, 29. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 5, 2024, defendants O'Donaughy, Moua, Barraza Hernandez, Ruiz-Montalvo, and Rodriguez filed an amended motion to dismiss portions of plaintiff's second amended complaint, specifically on the ground that plaintiff's RLUIPA claims against defendants O'Donaughy and Rodriguez became moot when he was transferred from the California Substance Abuse Treatment Facility to another institution. Doc. 40. Plaintiff filed an opposition to the

motion on March 27, 2024. Doc. 44. Defendants did not file a reply, and the motion was deemed submitted. Doc. 53 at 1–2.

On June 17, 2025, the assigned magistrate judge issued findings and recommendations recommending that defendants' partial motion to dismiss be granted in light of plaintiff's release from custody during the pendency of the motion. Doc. 53. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. *Id.* at 8. No objections were filed, and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on June 17, 2025, Doc. 53, are adopted in full;
2. Defendants' amended motion to dismiss portions of plaintiff's second amended complaint, Doc. 40, is granted;
3. Plaintiff's RLUIPA claims against defendants O'Donaughy and A. Rodriguez are dismissed, without leave to amend, as moot;
4. Defendant A. Rodriguez is dismissed from this action;
5. This action shall proceed on plaintiff's second amended complaint **only** on plaintiff's First Amendment claims against defendants D. O'Donaughy, R. Moua, F. Barraza Hernandez, and L. Ruiz-Montalvo; and
6. This action is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

    Dated:   September 14, 2025

UNITED STATES DISTRICT JUDGE