# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND EVANS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CISNEROS, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:22-cv-01238-KES-BAM (PC)<br><br>ORDER FOR DEFENDANTS TO FILE RESPONSE TO SECOND AMENDED COMPLAINT WITHIN **TWENTY-ONE (21) DAYS** |

　　　Plaintiff Cleveland Evans is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　Following the District Judge's order adopting the findings and recommendations to grant Defendants' amended motion to dismiss, this action proceeds on Plaintiff's second amended complaint only on Plaintiff's First Amendment claims against Defendants D. O'Donaughy, R. Moua, F. Barraza Hernandez, and L. Ruis-Montalvo ("Defendants").  (ECF No. 55.)

　　　Accordingly, Defendants are HEREBY ORDERED to file a response to the second amended complaint within **twenty-one (21) days** from the date of service of this order.

IT IS SO ORDERED.

　　　Dated:   **September 16, 2025**　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1