# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND EVANS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CISNEROS, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:22-cv-01238-KES-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE ANSWER DEADLINE 30 DAYS<br><br>(ECF No. 57) |

Plaintiff Cleveland Evans is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Following the District Judge's order adopting the findings and recommendations to grant Defendants' amended motion to dismiss, this action proceeds on Plaintiff's second amended complaint only on Plaintiff's First Amendment claims against Defendants D. O'Donaughy, R. Moua, F. Barraza Hernandez, and L. Ruis-Montalvo ("Defendants"). (ECF No. 55.) On September 16, 2025, the Court ordered Defendants to file a response to the second amended complaint within twenty-one (21) days from the date of service of the order. (ECF No. 16.) Defendants' response is due on or before October 7, 2025.

Currently before the Court is Defendants' October 6, 2025 motion for administrative relief to continue the answer deadline thirty (30) days to November 6, 2025. (ECF No. 57.)

In support of the motion, Defendants indicate they need additional time to prepare an

1  answer because defense counsel is on the eve of a trial in a different case, which is set to begin on
2  October 20, 2025, defense counsel's time the past month has been significantly occupied by
3  preparing dispositive motions in three other actions, and defense counsel was recently reassigned
4  to this case. (ECF No. 57 at 1-2.) Defense counsel declares that after being reassigned this case
5  on July 9, 2025, counsel has reviewed the docket and filings, reviewed and analyzed Plaintiff's
6  claims and allegations, and begun communicating with defendants. Counsel is currently
7  preparing an answer, but the continuation will ensure the answer is properly prepared and
8  submitted on behalf of Defendants. (ECF No. 57 at 3, ¶¶ 2-3.) Counsel also declares that the
9  answer will be submitted after the conclusion of a trial scheduled to begin on October 20, 2025.
10 (*Id.* ¶ 3.) Counsel additionally reports that duties in other matters have required and currently
11 require counsel's attention, including preparation for the trial, and have reduced counsel's ability
12 to prepare an answer. (*Id.* ¶¶ 5.)

13   Plaintiff has not yet had an opportunity to file a response, but the Court finds a response is
14 unnecessary. The motion for administrative relief is deemed submitted. Local Rules 230(l),
15 233(c).

16   Having considered the motion, the Court finds good cause to grant the requested
17 continuance of the answer deadline. Fed. R. Civ. P. 6(b). The Court also finds that Plaintiff will
18 not be prejudiced by the extension of time granted here. A discovery and scheduling order has
19 not been issued, and there are no other pending deadlines in this action.

20   Accordingly, IT IS HEREBY ORDERED as follows:

21   1. Defendants' motion for administrative relief to continue answer deadline 30 days,
22      (ECF No. 57), is GRANTED.
23   2. Defendants shall file a response to the second amended complaint on or before
24      **November 6, 2025**.

IT IS SO ORDERED.

Dated:  **October 7, 2025**          /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE