UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND EVANS,<br><br>        Plaintiff,<br><br>   v.<br><br>CISNEROS, et al.,<br><br>        Defendants. | No. 1:22-cv-01238-KES-BAM (PC)<br><br>ORDER RESCHEDULING SETTLEMENT CONFERENCE<br><br>(ECF No. 61) |

This case is currently set for settlement conference before the undersigned on January 23, 2026.

On December 19, 2025, the parties filed a stipulation to reschedule the settlement conference for a date in March 2026.

On the basis of good cause, it is HEREBY ORDERED that:

1. The video settlement conference set for January 23, 2026, is VACATED and reset to **March 17, 2026, at 9:30 a.m.**; and

2. Pursuant to the Court's November 6, 2025, the parties shall submit the confidential settlement statements on or before March 10, 2026.

IT IS SO ORDERED.

Dated: **December 22, 2025**

                                              STANLEY A. BOONE
                                              United States Magistrate Judge

1