# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND EVANS,<br><br>       Plaintiff,<br><br>     v.<br><br>CISNEROS, et al.,<br><br>       Defendants. | No.  1:22-cv-01238-KES-FRS (BAM) (PC)<br><br>ORDER REGARDING NOTICE OF A SETTLEMENT AGREEMENT IN PRINCIPLE<br>(ECF No. 64)<br><br>ORDER VACATING MARCH 17, 2026 SETTLEMENT CONFERENCE<br>(ECF Nos. 60, 62)<br><br>**Dispositional Documents Due: April 13, 2026** |

Plaintiff Cleveland Evans ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's second amended complaint on Plaintiff's First Amendment claims against Defendants D. O'Donaughy, R. Moua, F. Barraza Hernandez, and L. Ruis-Montalvo ("Defendants").  This action is set for a video settlement conference before Magistrate Judge Stanley A. Boone on March 17, 2026.  (ECF Nos. 60, 62.)

Currently before the Court is Defendants' notice of a settlement agreement in principle, filed February 27, 2026.  (ECF No. 64.)  Defendants state that during a February 17, 2026 telephone call, the parties reached a verbal agreement to settle this action together with another action being litigated by Plaintiff, *Evans v. Peery*, Case No. 2:23-cv-00076-TLN-AC.  Electronic copies of the settlement documents were emailed to Plaintiff on February 18, 2026, and hard

copies were mailed to Plaintiff on February 24, 2026.  Upon receipt of the signed settlement documents, Defendants will file the fully executed stipulation for voluntary dismissal with prejudice.  Defendants therefore state that the March 17, 2026 settlement conference is no longer necessary, and the parties request that it be vacated.  Defendants anticipate that dispositional documents will be filed within 45 days.  (*Id.*)

Accordingly, IT IS HEREBY ORDERED as follows:

1.  The March 17, 2026 settlement conference, (ECF Nos. 60, 62), is VACATED; and

2.  Dispositional documents shall be filed on or before **April 13, 2026**.

IT IS SO ORDERED.

Dated:    **March 3, 2026**                     /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

2